1034

[No. 71216-1-I.   Division One.   January 26, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. JEFF HEURTELOU, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 12-1-05751-2, Catherine D. Shaffer, J., entered November 1, 2013. *Denied* by unpublished opinion per Becker, J., concurred in by Spearman, C.J., and Lau, J.

[No. 71320-5-I.   Division One.   January 26, 2015.]

JULIA KAHUBIRE MITCHELL ET AL., *Appellants*, v. RANDOLPH BOURNE, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 13-2-07244-9, Janice E. Ellis, J., entered November 26, 2013. *Affirmed* by unpublished opinion per Lau, J., concurred in by Spearman, C.J., and Becker, J.

[No. 71496-1-I.   Division One.   January 26, 2015.]

*In the Matter of the Marriage of* JENNIFER L. BRUNSON, *Respondent*, and NEIL F. BRUNSON, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 12-3-02880-1, George F.B. Appel, J., entered December 23, 2013. *Affirmed* by unpublished opinion per Spearman, C.J., concurred in by Becker and Lau, JJ.